NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

A.M.,                                          )
                                               )
              Appellant,                       )
                                               )
v.                                             )          Case No. 2D16-3235
                                               )
STATE OF FLORIDA,                              )
                                               )
              Appellee.                        )
_____)

Opinion filed March 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Howard L. Dimmig, II, Public Defender,
and Judith Ellis, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

                    Affirmed.

KELLY, LUCAS, and BADALAMENTI, JJ., Concur.